IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------
UNITED STATES OF AMERICA : CASE NO. 4:02 CR 258/1:07 CR 245
:
Plaintiff, :
:
-vs- : ORDER ADOPTING REPORT AND
: RECOMMENDATION
:
WICKIE TUTT, JR, :
Defendant. :
------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This matter was referred to Magistrate Judge Kenneth S. McHargh in accordance with Criminal Rule 32.1. On 29 April 2008 Magistrate Judge McHargh held a preliminary exam, detention hearing, and proceedings regarding the revocation of supervised release. At that hearing Defendant Wickie Tutt, Jr., represented by counsel Albert Palombaro, admitted to the alleged violations as enumerated by United States Probation Officer Art Bowker in the 7 April 2008 Violation Report and amended at the hearing pursuant to the Magistrate Judge's Report and Recommendation. (Doc. 38).

No party has objected to the Magistrate Judge's Report and Recommendation. Therefore, this Court will presume the parties are satisfied with the determination. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d

947 (6th Cir. 1981).

Accordingly, this Court adopts Magistrate Judge McHargh's Report and Recommendation that Defendant Tutt has violated the terms and conditions of his supervised release.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
5/16/08